# ELECTRONIC RECORD

COA # 01-13-00504-CR     OFFENSE: 22.02 (Aggravated Assault)

STYLE: Torrence Renard Ivy v. The State of Texas     COUNTY: Fort Bend

COA DISPOSITION: AFFIRM     TRIAL COURT: 434th District Court

DATE: 07/10/2014     Publish: NO     TC CASE #: 11-DCR-056582A

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Torrence Renard Ivy v. The State of Texas     CCA #: 1009-14

_____ PRO SE _____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

___ REFUSED ___     JUDGE: _____

DATE: 11/26/2014     SIGNED: _____     PC: _____

JUDGE: _Per Curiam_     PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD